(76 South. 998)

SPURGOON DOZIER & CO. v. AMERICAN SOUTHERN NAT. BANK. (6 Div. 566.) (Supreme Court of Alabama. Nov. 28, 1917.) Appeal from Circuit Court, Jefferson County; C. W. Ferguson, Judge. S. L. Sinnott, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(76 South. 998)

STANDARD STEEL CO. v. NOBLE. (6 Div. 648.) (Supreme Court of Alabama. Nov. 28, 1917.) Appeal from Circuit Court, Jefferson County; C. B. Smith, Judge. Stokely, Scrivner & Dominick, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed by appellant.

(76 South. 998)

Ex parte STATE. (7 Div. 894.) (Supreme Court of Alabama. June 28, 1917.) Certiorari to Court of Appeals. W. L. Martin, Atty. Gen., and M. C. Silvey, Sol., of Gadsden, for appellant.

THOMAS, J. Application by the State of Alabama for certiorari to the Court of Appeals to review and revise the judgment of said court, reversing the judgment of the trial court in the case of Charles Echols v. State, 75 South. 814. Writ denied.

(76 South. 998)

Ex parte STATE. In re MOSS. (6 Div. 614.) (Supreme Court of Alabama. June 7, 1917.) Certiorari to Court of Appeals. Wm. L. Martin, Atty. Gen., and P. W. Turner, Asst. Atty. Gen., for appellant. Erle Pettus, of Birmingham, for appellee.

THOMAS, J. Application by the State of Alabama for certiorari to the Court of Appeals to review and revise the judgment of that court, reversing the judgment of the lower court in the case of Andy Moss v. State, 75 South. 179. Writ denied.

(76 South. 998)

STEWART et al. v. McKENZIE. (5 Div. 669.) (Supreme Court of Alabama. Nov. 20, 1917.) Appeal from Chancery Court, Elmore County; W. W. Whiteside, Chancellor. Holley & Morrow, of Wetumpka, and T. G. Hilyer, of Tallassee, for appellants. Frank W. Lull, of Wetumpka, for appellee.

PER CURIAM. Appeal dismissed by appellant.

(76 South. 998)

TINGLE et al. v. STATE, for Use of WINSTON COUNTY. (6 Div. 517.) (Supreme Court of Alabama. June 14, 1917.) Appeal from Circuit Court, Winston County; J. J. Curtis, Judge. Action by the State, for the use of Winston County, against J. M. Tingle and others. From the judgment, defendants appeal. Transferred from the Court of Appeals under section 6, p. 449, Acts 1911. Affirmed. See, also, 196 Ala. 505, 71 South. 991. Gray & Wiggins, of Jasper, for appellants. Bankhead & Bankhead, of Jasper, for appellee.

McCLELLAN, J. This action was brought by the state, for the use, etc., against Tingle and his sureties on his official bond as tax collector of Winston county. From a judgment

for plaintiff, the defendants appeal. Really, there is in the brief for appellant no adequate insistence for error; yet there is a measure of merely off-hand assertion of criticisms of the action of the court in a few particulars. None of these possess any merit. The judgment is affirmed. Affirmed.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.

(76 South. 998)

TREADWELL v. NAPPIER. (7 Div. 865.) (Supreme Court of Alabama. Oct. 2, 1917.) Appeal from Circuit Court, Clay County; Hugh D. Merrill, Judge. Cornelius & Vann, of Ashland, for appellant. Riddle & Riddle, of Talladega, for appellee.

PER CURIAM. Dismissed by appellant.

(76 South. 998)

Ex parte TURNEY. (8 Div. 63.) (Supreme Court of Alabama. June 28, 1917.) Certiorari to Court of Appeals. Tennis Tidwell, of Albany, and Sample & Kilpatrick, of Cullman, for appellant. W. L. Martin, Atty. Gen., for appellee.

ANDERSON, C. J. Application of Bascomb Turney for certiorari to the Court of Appeals to review and revise the judgment of the said court, rendered in the case of Bascomb Turney v. State, 75 South. 726. Writ denied.

(76 South. 998)

WATKINS et al. v. ROBERTSON BANKING CO. (2 Div. 642.) (Supreme Court of Alabama. June 12, 1917.) Appeal from Law and Equity Court, Hale County; Charles E. Waller, Judge. George Pegram, of Faunsdale, for appellants. R. B. Evins, of Greensboro, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(76 South. 998)

Ex parte WELLS. (4 Div. 739.) (Supreme Court of Alabama. June 28, 1917.) Certiorari to Court of Appeals. Baldwin & Murphy, of Andalusia, for appellant. Wm. L. Martin, Atty. Gen., for appellee.

MAYFIELD, J. Application of Mitchell Wells for certiorari to the Court of Appeals to review and revise the judgment of said court, affirming the judgment of the trial court in the case of Mitchell Wells v. State, 75 South. 176. Writ denied.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.

(76 South. 998)

WESTERN UNION TELEGRAPH CO. v. LONG BRANCH COAL & R. CO. (6 Div. 599.) (Supreme Court of Alabama. Nov. 27, 1917.) Appeal from Circuit Court, Blount County; James E. Blackwood, Judge. Forney Johnston and W. R. C. Cocke, both of Birmingham, for appellant. Russell & Johnston, of Oneonta, for appellee.

PER CURIAM. Affirmed on certificate.

(76 South. 998)

WHITE v. BOARD OF REVENUE OF JEFFERSON COUNTY. (6 Div. 466.) (Supreme Court of Alabama. June 28, 1917.) Appeal from Circuit Court, Jefferson County; C. B. Smith, Judge. Action between Charles F. White and the Board of Review of Jefferson County. Judgment for the latter, and the former appeals. Affirmed. Jos. P. Mudd, of Birmingham, for appellant. W. K. Terry, of Birmingham, for appellee.

PER CURIAM. Affirmed on the authority of Rogers v. White, 14 Ala. App. 482, 70 South. 994. All the Justices concur.